**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

---

| | |
|---|---|
| **LUIS MEDRANO AMAYA** | **CIVIL CASE NO. 26-2088 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN RICHWOOD CORRECTIONAL CENTER, ET AL** | **MAGISTRATE JUDGE AYO** |

---

**MEMORANDUM RULING AND ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 1) filed by Petitioner Luis Medrano Amaya ("Amaya"). At the time of filing, Amaya was an immigration detainee at the Richwood Correctional Center in Richwood, Louisiana. *See* R. Doc. 1 at 2. According to the declaration of Supervisory Detention and Deportation Officer Richard Polanco, Amaya was removed to Mexico on July 3, 2026. *See* R. Doc. 5-1 at 1.

An alien who has been removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241.

Because Amaya has been deported, **IT IS ORDERED** that the Petition (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** this 29th day of September, 2026.

Jerry Edwards, Jr.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**